IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| BLUE BOX AIR, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 4:26-cv-498 |
| | § | JURY TRIAL DEMANDED |
| BIOCOIL PRO, LP and ROSS LAMPE, | § | |
| | § | |
| Defendants | § | |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendants BioCoil Pro, LP and Ross Lampe ("Defendants"), by their undersigned counsel, hereby move unopposed to extend the deadline to respond to the Complaint filed by Plaintiff Blue Box Air, Inc.  ("Plaintiff") to **June 17, 2026**.

The deadline for Defendants to respond to the Complaint is presently set for **May 18, 2026**. Defendants respectfully request a 30-day extension of that deadline, until and including **June 17, 2026**.  Plaintiff assents to this Motion.

As grounds for this Motion, Defendants state that the additional time is required due to counsel's recent retention and pre-planned family wedding and vacation abroad. The extension will not unduly prejudice any party. This is the first requested extension of time in this case.

Date: May 7, 2026

Respectfully submitted,

*/s/ Michael T. Cooke*
Michael T. Cooke
Texas State Bar No. 04759650
Richard A. Wojcio, Jr.
Texas State Bar No. 24088667

FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, TX 76102

1

817-334-0400
Fax: 817-334-0401
mtc@fsclaw.com
wojcio@fsclaw.com

COUNSEL FOR DEFENDANTS

CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a) and 7.1(b)(1), the undersigned counsel for Defendants, hereby certifies that on May 7, 2026 he conferred with Robert T. Slovak, Counsel for Plaintiff Blue Box Air, Inc., via email communication regarding this Motion and Mr. Slovak advised that Defendants' Motion to Extend Time to Respond to Plaintiff's Complaint is unopposed.

/s/ Michael T. Cooke
Michael T. Cooke

CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2026, a true copy of the forgoing document was served upon the attorneys of record for each party via the Court's CM/ECF filing system.

/s/ Michael T. Cooke
Michael T. Cooke

2